UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANTHONY FRANK MCKINLEY                                                        PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:21-CV-528-DPJ-FKB

DR. WILLIAM BRAZIER, ET AL.                                                   DEFENDANTS

ORDER

On August 2, 2022, United States Magistrate Judge F. Keith Ball entered a Report and Recommendation [68] recommending that the Court grant Defendants' motions to dismiss and for summary judgment [29, 42, 44, 57, 66] and deny as moot Plaintiff Anthony Frank McKinley's motion for preliminary injunction [6] in this § 1983 case. McKinley did not file objections to the R&R, and the time to do so has now expired. The Court, having considered the unopposed R&R, adopts it as its opinion. *See* Fed. R. Civ. P. 72(b), advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Defendants' motions [29, 42, 44, 57, 66] are granted; McKinley's claims are dismissed for failure to exhaust. McKinley's motion [6] is denied as moot. A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 25th day of August, 2022.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE